*Dembitz*, for appellant.
*Hoham & Kirtly*, for appellees.

---

## MARSHALL BRAGG & WIFE v. WM. S. SMITH.

Pleadings—Petition—Parties to an Action Respecting Title.
> Where a petition charges a fraudulent transfer of lands to A, **held**, that A must be made a party to the suit.

### APPEAL FROM METCALFE CIRCUIT COURT.

October 14, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

As the petition charged that the legal title had been fraudulently conveyed to Mrs. Bragg, she was a necessary party to the suit for setting it aside. She does not appear to have been made a party, and the decree therefore vacating her deed and subjecting the land cannot affect her title.

Wherefore the judgment is reversed, and the cause remanded for further proceedings.

*James*, for appellant.
*Dohoney*, for appellee.